No. 02–8445. TATAII *v.* YOSHINA. Sup. Ct. Haw. Certiorari denied.

No. 02–8449. BARNES *v.* MISSOURI DEPARTMENT OF CORRECTIONS ET AL. Ct. App. Mo., Western Dist. Certiorari denied. 

No. 02–8483. EUFROSINA *v.* DEFENSE LOGISTICS AGENCY ET AL. C. A. 3d Cir. Certiorari denied. 

No. 02–8523. WILLIAMS *v.* MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES ET AL. C. A. 4th Cir. Certiorari denied. 

No. 02–8532. HOPKINS, AKA JACKSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–8536. ELLIOTT *v.* GEISE ET AL. C. A. 4th Cir. Certiorari denied. 

No. 02–8600. ANTONIO QUEZADA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8605. WOLTERS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8608. WINKFIELD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8614. MALIK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–8617. ORDUNO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–8618. CORRADO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 02–8620. BUTLER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 02–8629. ROBINSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 02–8649. FRANKLIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.